UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON OFFICE

DATE OF PROCEEDING:  12/15/2009
CRIMINAL DOCKET NO. 09-857(JAP) 05

JUDGE JOEL A. PISANO
COURT REPORTER : Joanne Caruso
COURTROOM DEPUTY:  Dana Sledge

TITLE OF CASE:
USA vs. Kim E. Hawkins, et al.,

APPEARANCES:
Dept of Justice Trial Attorneys:
Brigham Cannon & Hank Bond Walter
AUSA - Jennifer Davenport
Paralegal - Elizabeth Sebesky
PTS present.
CJA apptd - Jerome Ballarotto, Esq., for defts #5
David Simmons, deft present.
Stephen Toth, Jr., sign language interpreter sworn.
Daniel B. Swartz, sign language interpreter sworn.
Stephen Toth, Jr., sign language interpreter sworn.

NATURE OF PROCEEDINGS:
Arraignment & bail modification proceeding held on the Indictment.

Defendant(s) informed of charges, rights and penalties.
Defendant(s) waive reading of the Indictment.
Defendant(s) entered a not guilty plea as to all counts of the Indictment.
Complex order for discovery & inspection filed.
Trial schedule: Pretrial motions due 01/11/2010; Opposition due 01/25/2010; Motion hearing set for 02/08/2010 at 10:00 a.m.; Jury trial set 02/22/2010 at 9:30 a.m.
Parties directed to submit proposed order regarding any bail modifications.
Chambers conference held.

TIME COMMENCED  11:30 a.m.  TIME ADJOURNED  12:30 p.m.

s/Dana Sledge, Courtroom Deputy